SUSAN M. SPECHT ET AL., PETITIONERS, v. THE CITY OF EAST ORANGE ET AL., DEFENDANTS.

Decided November 13, 1930.

Before Justices TRENCHARD, LLOYD and CASE.

For the petitioners, *Grosso, Brundage & Anderson.*

PER CURIAM.

This matter was heard and disposed of at the January term, 1930.

Attorneys for the petitioners have presented an application stating various reasons why a reargument of the cause should be granted. The reasons are not, in our opinion, adequate, and the application is denied.